UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-03093-CJC(CWx) | Date | August 27, 2008 |
|---|---|---|---|
| Title | Roca Wear Licensing, LLC, et al v. Pacesetter Apparel Group, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Michelle Urie | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING ACTION

Pursuant to the Court's April 30, 2008 Order, this case is dismissed in its entirety.

: 0

Initials of Preparer   mu